IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: January 13, 2011

SARAH S. CURLEY
U.S. Bankruptcy Judge

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-53258

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Florence Regina Mannix<br>Debtor.<br>______<br>HSBC Bank USA, National Association, as Trustee for the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2005-6<br>Movant,<br>vs.<br><br>Florence Regina Mannix, Debtor, David M. Reaves, Trustee.<br><br>Respondents. | No. 2:10-BK-37488-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #14) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 15, 2005 and recorded in the office of the Maricopa County Recorder wherein HSBC Bank USA, National Association, as Trustee for the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2005-6 is the current beneficiary and Florence Regina Mannix has an interest in, further described as:

> Lot 165, ROYAL PALMS OF MESA UNIT 1, according to Book 167 of Maps, Page 18 and Affidavit of Correction recorded in Docket 10522, Page 358, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.